UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Nicholla R. Anderson | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 19-13576 AMC |

**O R D E R**

AND NOW, this 29th day of April, 2021 upon consideration of the Expedited Motion for Leave of Court to File a Subsequent Bankruptcy Matter and Request for Emergency Hearing ("Motion"), it is hereby;

ORDERED and DECREED that, based on upon the Debtor's history of filing two prior bankruptcies in bad faith, the very late filing of this Motion (the Debtor must have known for months that the foreclosure sale of her property was scheduled for May 4, 2021 but did nothing) and the Court's inability to schedule a hearing on the Motion without giving the secured creditor sufficient time to prepare and respond to the Motion, the Motion shall be DENIED.

Dated: April 29, 2021

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE